**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| HOPE ABRAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALASKA AIR GROUP CREDIT UNION,<br><br>　　　　　　　　　　　Defendant. | No. 2:26-CV-01889-KKE<br><br>**STIPULATED MOTION AND ORDER TO STAY CASE SCHEDULING DEADLINES** |

　　　　Pursuant to LCR 7(g) and LCR 16, Plaintiff Hope Abrams ("Plaintiff") and Defendant Alaska Air Group Credit Union ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate and move the Court for an order staying all scheduling deadlines pending the Court's decision on Plaintiff's pending Motion to Remand. In support of this Motion, the Parties state as follows:

　　　　1.　　Plaintiff Hope Abrams filed this action in King County Superior Court, Case No. 26-2-13241-1 SEA, on April 21, 2026.

　　　　2.　　On June 2, 2026, Defendant Alaska Air Group Credit Union ("AAGCU") removed this case to this Court.

　　　　3.　　Plaintiff Hope Abrams filed a Motion to Remand her case to King County Superior Court. *See* ECF No. 8.

STIPULATED MOTION AND ORDER TO STAY
CASE SCHEDULING DEADLINES
(Case No. 2:26-CV-01889-KKE) – Page 1

4. On June 11, 2026, the Court issued its Order Regarding FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report. *See* ECF No. 14.

5. This case is one of several class actions currently pending against AAGCU related to an alleged data breach that occurred on or about March 5, 2026.

6. In one of those related actions, *Franklyn Johnson v. Alaska Air Group Credit Union*, Case No. 2:26-cv-01950-RAJ (W.D. Wash.), Plaintiff Franklyn Johnson similarly intends to file a Motion to Remand this case to King County Superior Court. Judge Richard A. Jones therefore granted the Parties' stipulated request to stay scheduling deadlines in that case pending the outcome of Plaintiff Johnson's Motion to Remand. *See* Case No. 2:26-cv-01950-RAJ, ECF No. 12.

7. In light of Plaintiff's pending Motion to Remand, the Parties agree that their resources and the resources of this Court would be better served by receiving a ruling on that motion before engaging in scheduling-related discussions and negotiations.

8. The Parties therefore stipulate and jointly move the Court for an Order staying its scheduling-related deadlines. If the Court denies the Motion to Remand, the Parties agree to conduct their 26(f) conference, exchange initial disclosures, and submit their Joint Status Report within 21 days of the Court's Order denying the Motion.

DATED this 30th day of June, 2026.

**McNAUL EBEL PLLC**

By: *s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
kboyd@mcnaul.com

*Attorneys for Plaintiff Hope Abrams and the Putative Class*

**WOOD, SMITH, HENNING & BERMAN LLP**

By: *s/ Timothy D. Shea*
Timothy D. Shea, WSBA 39631
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
Phone (206) 204-6800
tshea@wshblaw.com

*Attorneys for Alaska Air Group Credit Union*

STIPULATED MOTION AND ORDER TO STAY
CASE SCHEDULING DEADLINES
(Case No. 2:26-CV-01889-KKE) – Page 2

**ORDER**

The Court GRANTS the parties' stipulated motion.  Dkt. No. 16.  The Court VACATES the deadlines in the Court's Order Regarding FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report (ECF No. 14), to be re-set as necessary after the Court resolves Plaintiff's motion to remand.

Dated this 30th day of June, 2026.

Kymberly K. Evanson
United States District Judge