**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| HOPE ABRAMS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ALASKA AIR GROUP CREDIT UNION,<br><br>                Defendant. | No. 2:26-CV-01889-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE REPLY ISO MOTION TO REMAND** |

Pursuant to LCR 7(j), Plaintiff Hope Abrams ("Plaintiff") and Defendant Alaska Air Group Credit Union ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate and move the Court for an order extending Plaintiff's deadline to file her reply in support of her Motion to Remand (ECF. No 8). In support of this Motion, the Parties state as follows:

1.     This case is one of several class actions currently pending against AAGCU related to an alleged data breach that occurred on or about March 5, 2026.

2.     Plaintiff Hope Abrams filed this action in King County Superior Court, Case No. 26-2-13241-1 SEA, on April 21, 2026.

3.     On June 2, 2026, Defendant Alaska Air Group Credit Union ("AAGCU") removed this case to this Court.

STIPULATED MOTION AND ORDER TO EXTEND
PLAINTIFF'S DEADLINE TO FILE REPLY ISO
MOTION TO REMAND
(Case No. 2:26-CV-01889-KKE) – Page 1

4.      Plaintiff Hope Abrams filed a Motion to Remand her case to King County Superior Court. *See* ECF No. 8.

5.      Defendant thereafter filed its opposition to Plaintiff's Motion to Remand. *See* ECF No. 15.

6.      Since Plaintiff filed her Motion to Remand, the Parties have met and conferred and Defendant has been engaged in ongoing data mining efforts to determine the geographic distribution of those potentially affected by the data breach.

7.      In light of those efforts, the Parties agree that their resources and the resources of this Court would be better served by extending Plaintiff's deadline to file her Reply in support of her Motion to Remand by an additional eleven days, to or on or before July 13, 2026.

8.      The Parties therefore stipulate and jointly move the Court for an Order extending Plaintiff's deadline to file her Reply in support of her Motion to Remand to on or before July 13, 2026.

DATED this 1st day of July, 2026.

**McNAUL EBEL PLLC**

By: *s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
kboyd@mcnaul.com

*Attorneys for Plaintiff Hope Abrams and the Putative Class*

**WOOD, SMITH, HENNING & BERMAN LLP**

By: *s/ Timothy D. Shea*
Timothy D. Shea, WSBA 39631
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
Phone (206) 204-6800
tshea@wshblaw.com

*Attorneys for Alaska Air Group Credit Union*

**ORDER**

The parties' stipulated motion is GRANTED.  Dkt. No. 18.  Plaintiff's Reply in support of her Motion to Remand is due no later than July 13, 2026. The clerk is directed to RE-NOTE Plaintiff's Motion to Remand (Dkt. No. 8) to July 13, 2026.

Dated this 2nd day of July, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
PLAINTIFF'S DEADLINE TO FILE REPLY ISO
MOTION TO REMAND
(Case No. 2:26-CV-01889-KKE) – Page 3