Hon. Jamal N. Whitehead

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

HOPE ABRAMS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALASKA AIR GROUP CREDIT UNION,

Defendant.

No. 2:26-CV-01889-JNW

**SECOND STIPULATED MOTION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE REPLY ISO MOTION TO REMAND**

NOTED ON MOTION CALENDAR: July 13, 2026

Pursuant to LCR 7(j), Plaintiff Hope Abrams ("Plaintiff") and Defendant Alaska Air Group Credit Union ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate and move the Court for an order extending Plaintiff's deadline to file her reply in support of her Motion to Remand (ECF. No 8). In support of this Motion, the Parties state as follows:

1. This case is one of several class actions currently pending against AAGCU related to an alleged data breach that occurred on or about March 5, 2026.

2. Plaintiff Hope Abrams filed this action in King County Superior Court, Case No. 26-2-13241-1 SEA, on April 21, 2026.

3. On June 2, 2026, Defendant Alaska Air Group Credit Union ("AAGCU") removed this case to this Court.

2ND STIPULATED MOTION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE REPLY ISO MOTION TO REMAND
(Case No. 2:26-CV-01889-JNW) – Page 1

McNaul Ebel pllc
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

4.      Plaintiff Hope Abrams filed a Motion to Remand her case to King County Superior Court. *See* ECF No. 8.

5.      Defendant thereafter filed its opposition to Plaintiff's Motion to Remand. *See* ECF No. 15.

6.      Since Plaintiff filed her Motion to Remand, the Parties have met and conferred and Defendant has been engaged in ongoing data mining efforts to determine the geographic distribution of those potentially affected by the data breach.

7.      The Parties filed a stipulated motion to continue Plaintiff's deadline to file her opposition and the Court granted that stipulation making Plaintiff's deadline to file Monday, July 13, 2026.

8.      As the Parties efforts to investigate the issues associated with the motion to remand remain ongoing, the Parties agree that their resources and the resources of this Court would be better served by extending Plaintiff's deadline to file her Reply in support of her Motion to Remand by an additional seven  days, to or on or before July 20, 2026. *See* ECF No. 19.

9.      The Parties therefore stipulate and jointly move the Court for an Order extending Plaintiff's deadline to file her Reply in support of her Motion to Remand to on or before July 20, 2026.

DATED this 13th day of July, 2026.

**McNAUL EBEL PLLC**

By: *s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
kboyd@mcnaul.com

*Attorneys for Plaintiff Hope Abrams and the Putative Class*

**WOOD, SMITH, HENNING & BERMAN LLP**

By: *s/ Timothy D. Shea*
Timothy D. Shea, WSBA 39631
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
Phone (206) 204-6800
tshea@wshblaw.com

*Attorneys for Alaska Air Group Credit Union*

2ND STIPULATED MOTION AND ORDER TO EXTEND
PLAINTIFF'S DEADLINE TO FILE REPLY ISO MOTION TO
REMAND
(Case No. 2:26-CV-01889-JNW) – Page 2

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

**ORDER**

IT IS SO ORDERED. Plaintiff's Reply in support of her Motion to Remand is due no later than July 20, 2026. The Clerk is directed to re-note Plaintiff's Motion to Remand on the motion calendar to July 20, 2026.

Dated this 17th day of July, 2026.

_____
Hon. Jamal N. Whitehead

*Presented by:*

**McNAUL EBEL PLLC**

By: *s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA No. 52684
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: 206-467-1816
kboyd@mcnaul.com

*Attorneys for Plaintiff Hope Abrams and
the Putative Class*

**WOOD, SMITH, HENNING &
BERMAN LLP**

By: *s/ Timothy D Shea*
Timothy D Shea, WSBA 39631
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
Phone 206.204.6800
tshea@wshblaw.com

*Attorneys for Alaska Air Group Credit
Union*

2ND STIPULATED MOTION AND ORDER TO EXTEND
PLAINTIFF'S DEADLINE TO FILE REPLY ISO MOTION TO
REMAND
(Case No. 2:26-CV-01889-JNW) – Page 3

MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816